IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHEN KALE JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WACHOVIA BANK, N.A., WELLS | ) | CIVIL ACTION FILE |
| FARGO BANK, N.A., and ALL | ) | NO. 1:09-cv-1259 |
| PREDECESSOR AND SUCESSOR | ) | |
| ENTITIES AND JOHN DOE | ) | |
| CORPORATIONS | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY**

COME NOW Plaintiff and Defendants and move the Court for an extension of discovery and in support thereof show the Court as follows:

This case was filed on April 6, 2009 in the State Court of Gwinnett County seeking damages for identity theft.

The defendants removed the case on May 11, 2009.

The answer was filed on May 18, 2009.

Plaintiff submitted interrogatories and requests for production of documents on July 7, 2009.

Defendants' responses were received on August 24, 2009 and additional relevant documents were forwarded to plaintiff's counsel once a protective order was entered.

The protective order was entered on September 9, 2009.

1

Discovery will otherwise expire on December 20, 2009.

One prior extension of discovery has been sought and granted.

Since the prior grant of discovery, two additional rounds of written discovery have been exchanged by the parties, as well as obtaining of records from various Georgia prosecutor's offices. One rule 37 conference has also been held.

Several depositions will have to be taken of defense witnesses, experts and plaintiff.

The parties are in the process of scheduling the depositions early in the new year.

It is further anticipated that motions will be filed as well.

The parties request an additional (92) ninety days to finish discovery, up through and including Monday, March 22, 2010.

Wherefore the parties pray that their motion be inquired into and granted.

This 3rd day of December, 2009.

| James W. Kytle | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
|---|---|
| By: /s/ James W. Kytle<br>James W. Kytle<br>Georgia Bar No. 430736<br>2921 Piedmont Road<br>Suite C<br>Atlanta, GA 30305<br>Phone: (404) 247-9987<br>jkytle@mindspring.com<br><br>*Attorney for Plaintiff* | By:  /s/  John G. Perry<br>Robert R. Ambler, Jr.<br>Georgia State Bar No. 014462<br>John G. Perry<br>Georgia State Bar No. 141609<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363-1017<br>Phone: (404) 872-7000<br>rambler@wcsr.com<br>joperry@wcsr.com<br>*Attorneys for Defendant Wachovia Bank, N.A. and Wells Fargo Bank, N.A.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by e-mail and placing same in the U.S. postal service with proper postage affixed thereto and addressed to the following:

John G. Perry
271 17th Street, NW
Suite 240
Atlanta, GA 30363-1017
joperry@wscr.com

This 3rd day of December, 2009.

/s/ James W. Kytle
James W. Kytle
Georgia Bar No. 430736