# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEPHEN KALE JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WACHOVIA BANK, N.A., WELLS FARGO ) | CIVIL ACTION FILE |
| BANK, N.A., and ALL PREDECESSOR ) | NO. 1:09-cv-1259 |
| AND SUCESSOR ENTITIES AND JOHN ) | |
| DOE CORPORATIONS ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER
## ON JOINT MOTION FOR EXTENSION OF DISCOVERY

The Court, having considered the Joint Motion for Extension of Discovery, finds that the Joint Motion for Extension of Discovery should be GRANTED.

IT IS THEREFORE ORDERED that the parties have until March 22, 2010 to complete discovery.

SIGNED on this the_____ day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

1